UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>IGOR KHARITONOV, WILLIAMS DAVIS, and EBONEY CHIPMAN,<br><br>    Defendants. | CASE NO. CR06-166<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant Igor Kharitonov's and the Government's motion to extend the pretrial motions deadline from June 15, 2006 to June 27, 2006. The Court hereby GRANTS IN PART and DENIES IN PART the motion, because the parties' proposed schedule does not allow the Court adequate time to consider and rule on pretrial motions.

The new pretrial motions deadline shall be June 22, 2006. Accordingly, motions must be filed by June 22, 2006. Responses shall be due on June 29, 2006, and Replies shall be due on June 30, 2006. The Noting Date for pretrial motions shall be June 30, 2006.

Because only Defendant Kharitonov and the Government moved for this extension, the pretrial

MINUTE ORDER – 1

1  motions due date originally set in this matter (June 15, 2006) shall apply as to the other Defendants.

2  DATED this 15th day of June, 2006.

3  BRUCE RIFKIN, Clerk of Court

4

5  By  /s/ C. Ledesma
    Deputy Clerk

26  MINUTE ORDER – 2