The Honorable John C. Coughenour

# UNITED STATE DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-06-166-JCC |
| Plaintiff, | |
| v. | ORDER CONTINUING TRIAL AND RELATED MATTERS |
| IGOR KHARITONOV, | |
| Defendant. | |

THE COURT NOW FINDS that pursuant to Title 18, United States Code, §§ 3161(h)(8)(A), 3161(h)(8)(B)(i), and 3161(h)(8)(B)(iv), the ends of justice served by continuing the trial date to October 30, 2006, outweigh the best interests of the public and the defendants in a speedy trial, in that, as set forth in the Declaration of Mark D. Mestel in support of the Motion for Continuance of Trial Date, it has been demonstrated that (1) defense counsel has only recently been appointed to represent Mr. Kharitonov, one of the three codefendants charged in this case; (2) defense counsel needs additional time in order to examine and review discovery materials and review with his client in order to adequately prepare the defense for trial and; (3) to identify, locate and interview potential defense witnesses; and (4) the remaining codefendants who are not in custody do not

ORDER CONTINUING TRIAL AND RELATED MATTERS - 1

*MARK D. MESTEL*
*ATTORNEY AT LAW*
*3221 Oakes Avenue*
*Everett, WA 98201*
*(425) 339-2383*

oppose this continuance; and (5) all defendants will file a Waiver of Speedy Trial within <u>two weeks</u> of the date of this Order;

IT IS THEREFORE ORDERED THAT trial in this matter is continued from July 17, 2006 until October 30, 2006;

IT IS FURTHER ORDERED THAT, for the purposes of computing the time limitations imposed by the Speedy Trial Act, 18 U.S.C. §§ 3161-3174, the period of delay from July 17, 2006, up to and include October 30, 2006; is excludable time pursuant to 18 U.S.C. § 3161 (h)(8)(A).

IT IS FURTHER ORDERED THAT pretrial motions shall be noted for October 5, 2006, with the motions cutoff date being September 15, 2005 and that any response by the government shall be due no later no later than September 25, 2006.

IT IS FURTHER ORDERED THAT all defendants shall file a Waiver of Speedy Trial within two weeks from the date that this Order is signed by the Court.

Done in open court this 28th day of June, 2006.

*[signature]*

John C. Coughenour
United States District Judge

ORDER CONTINUING TRIAL AND RELATED MATTERS - 2

*MARK D. MESTEL*
*ATTORNEY AT LAW*
*3221 Oakes Avenue*
*Everett, WA 98201*
*(425) 339-2383*